DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDUARDO JULIAO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-591

[April 26, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 10-21479CF10A.

Deana Marshall of Law Office of Deana K. Marshall, P.A., Riverview, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and FORST, JJ., concur.

\*           \*           \*

***Not final until disposition of timely filed motion for rehearing.***